## INTERNATIONAL HARVESTER CO. V. MARTIN.
(Decided Jan. 18, 1910.)

APPEAL from Henry Circuit Court.

Heard before Hon. A. A. EVANS.

B. B. HAYES, for appellant.

R. W. MILLER, for appellee.

Per curiam.—Death of appellee suggested and cause abates on failure to revive.

---

## JACKSON V. CITY OF ANNISTON.
(Decided Jan. 13, 1910.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN.

No counsel marked for either party.

Per curiam.—Dismissed on motion.

---

## JACKSON V. THE STATE.
(Decided Jan. 13, 1910.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN.

TATE & WALKER, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam.—Dismissed on motion of appellant.

---

## McDUFFEY V. THE STATE.
(Decided Feb. 3, 1910.)

APPEAL from Gadsden City Court.

Heard before Hon. ALTO V. LEE.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J.—No error appears of record. Affirmed.

DOWDELL, C. J., MAYFIELD and SAYRE, JJ., concur.